IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| LIONEL ANDERSON, #14399-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv71 |
| | | CRIMINAL ACTION NO. 4:07cr82(1) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Amos L. Mazzant.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.  Movant is entitled to relief by the trial court dismissing one count and re-sentencing on the remaining count (the two counts are (1) being a felon in possession of a firearm and (2) being a felon in possession of ammunition).   It is therefore

**ORDERED** that the motion to vacate, set aside or correct sentence is **GRANTED** to the extent that Movant be re-sentenced on one count, with the remaining count dismissed.  It is also

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 24th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE